IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                   **Case No. 12-40006-03-RDR**

DENNIS AUGUSTINE,

        Defendant.

### **O R D E R**

This case is before the court upon defendant's unopposed motion for leave to file pretrial motions out of time. The deadline passed for filing pretrial motions as defendant was contemplating entering a plea of guilty. Defendant decided not to plead guilty, which caused the court to delay these proceedings and set a later trial date. The trial date is currently set for May 22, 2012.

Defendant's motion shall be granted. Defendant is granted time until April 25, 2012 to file pretrial motions. The government is granted time until May 2, 2012 to reply to defendant's motions. A hearing upon the motions shall be scheduled for May 7, 2012 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated this 12th day of April, 2012 at Topeka, Kansas.

                            s/Richard D. Rogers
                            United States District Judge